**Opinion issued August 27, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00602-CR**

———————————

## IN RE JOHN ANTHONY BUCHANAN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator John Anthony Buchanan has filed a petition for writ of mandamus requesting this Court to order the trial court to rule on a motion.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *State of Texas v. John Anthony Buchanan.*, cause number 1618854, pending in the 179th District Court of Harris County, Texas, the Honorable Ana Martinez presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

Do not publish. *See* TEX. R. APP. P. 47.2(b).